**No. 40527.**—Protests 923873–G, etc., of Spiegel Bros. et al. (New York).

Opinion by DALLINGER, J. On the records presented the protests were over-ruled.

**No. 40528.**—Protests 936873–G, etc., of U. S. Jewelry Co. (Baltimore).

Opinion by DALLINGER, J. The protests were dismissed.

**No. 40529.**—Protests 806631–G/84850, etc., of A. Hirsch Co. et al. (Chicago and Cleveland).

Opinion by DALLINGER, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE THIRD DIVISION, JANUARY 25, 1939

**No. 40530.**—Protest 971398–G of Damascus Trading Co. (New York).

Opinion by EVANS, J. It was stipulated that the merchandise consists of apricot paste or pulp similar to that the subject of *United States* v. *Sahadi* (23 C. C. P. A. 293, T. D. 48165). The claim at 35 percent under paragraph 735 was therefore sustained.

**No. 40531.**—Protest 965309–G of Charles A. Redden, Inc. (New York).

Opinion by EVANS, J. The protest was dismissed as untimely.

BEFORE THE FIRST DIVISION, JANUARY 27, 1939

**No. 40532.**—Protest 944250–G of L. D. Heater Co. (Portland, Oreg.).

Opinion by SULLIVAN, J. There was no evidence that the plaintiff abandoned the instrument to the United States as provided in section 506. It was held that it was not the intention of the statute to provide that the plaintiff could by protest attempt to prove the value of damage and obtain a refund of duty. The statute and article 807 (a), Customs Regulations of 1937, not having been complied with the protest was overruled.

**No. 40533.**—Protests 611477–G, etc., of Sherrysal Co. (New York).

Opinion by BROWN, J. It was established that the merchandise is similar to the sherry flavoring involved in *Wile* v. *United States* (T. D. 49494). The claim at 35 percent under paragraph 775 was therefore sustained.